PAYMENT—See Tender 1, 2.

# PENALTY.

DENTON AND SMITH *against* CROOK. *Addison*, 1820.

ACTION of debt to recover the penalty for receiving a fraudulent conveyance of lands, with intent to defraud the plaintiffs of their debt.

Motion to dismiss, for want of a minute of the true day, month, and year, when the same was exhibited and signed.

By the Court. The decision of this Court, previous to the passing of the Act of Nov. 10, 1808, explanatory of the Statute of limitations, was, that this case came within the first section of the Statute of limitations, and the Statute of 1808, expressly excepts this case out of that section. To carry the intention of the Act into effect, the 5th section of the Statute of limitation does not extend to this case, and no minute of the true day, &c. is necessary.

Motion over-ruled.

See Marriage.